UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21406-CIV-HUCK/DUBÉ

CHARLENE DIXON SCALES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before this Court on the Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act filed by the Plaintiff (D.E. #26) pursuant to a Clerk's Notice of Magistrate Judge Assignment entered by the Clerk of Court, United States District Court for the Southern District of Florida. This Court has reviewed the motion, which indicates no objection by the Defendant to the Petition or amount requested, and the file in this cause.

On January 11, 2011, an Order Adopting Report and Recommendation was entered by Judge Paul C. Huck reversing and remanding this cause for further proceedings. (D.E. #25).

The present motion for attorney's fees seeks an award of fees pursuant to the Equal Access to Justice Act (hereinafter "EAJA"). The motion indicates that 22.17 hours were spent on this case, at the rate of $175.96 per hour, for a total fee recovery sought of $3,901.03. The Defendant has not filed a response to the Plaintiff's Petition for Attorney's Fees and the time provided for in the Rules has passed.

This Court has reviewed the affidavit of counsel for the Plaintiff and finds that both the amount of time expended and the hourly rate requested are reasonable, and that the total amount sought by the Plaintiff for fees should be awarded. This Court notes that the Plaintiff assigned any EAJA fees to be paid directly to her attorney. (D.E. #26-3).

Accordingly, it is the recommendation of this Court that the Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act (D.E. #26) be **GRANTED** and that the Plaintiff should be entitled to recover for 22.17 hours of work performed in this case at the rate of $175.96 per hour, resulting in a total recovery of $3,901.03 as attorney's fees. In accordance with the fee agreement between the Plaintiff and her counsel, counsel for the Plaintiff shall be entitled to receive the sum of **$3,901.03** as attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to offset to satisfy any preexisting debt that the Plaintiff owes to the United States, for which let execution issue. Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Paul C. Huck, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this __15__ day of March, 2011.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE