UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21406-CIV-HUCK/DUBÉ

CHARLENE DIXON SCALES,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Plaintiff's Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act (D.E. #26), filed February 16, 2011. On March 15, 2011, the Honorable Robert L. Dubé, United States Magistrate Judge, entered a Report and Recommendation (D.E. #27), in which he recommended that the Petition be granted and that counsel for Plaintiff should be entitled to receive a sum of $3,901.03 as attorney's fees pursuant to the Equal Access to Justice Act, subject to offset to satisfy any preexisting debt that Plaintiff owes to the United States. No objections to the Report and Recommendation have been filed. The Court has independently reviewed the Report and Recommendation and the record and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED, and Plaintiff's Petition for Attorney's Fees is GRANTED. Plaintiff's counsel shall be entitled to receive the sum of $3,901.03, subject to offset to satisfy any preexisting debt that Plaintiff owes to the United States, for which let execution issue.

DONE and ORDERED in Chambers, Miami, Florida, April 18, 2011.

                              Paul C. Huck
                              United States District Judge

Copies furnished to:
Magistrate Judge Robert L. Dubé
All Counsel of Record